UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL JAYNE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, *et al.* )<br>)<br>Defendants. )<br>) | Civil Action No. 16-609 |

## MEMORANDUM OPINION

The Court provisionally permitted the above-captioned action to be filed on April 1, 2016. At that time, the Court directed plaintiff to submit a certified copy of his prison trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined, as required by the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915. The Clerk of Court initially mailed a copy of the Order to plaintiff at the FCC Tucson, and on notice that plaintiff had been transferred, the Clerk mailed a copy of the Order to plaintiff at USP Coleman. To date, plaintiff has not submitted the requisite financial information. Therefore, the Court will dismiss this action without prejudice. An Order is issued separately.

DATE: 8/16/16

_____
United States District Judge